# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-3217

_____

Lance A. Cole,

*Plaintiff - Appellant,*

v.

Richard Griggs, Deputy Warden individually and in his official capacity; Alan
Earls, Division Director of the Missouri Department of Corrections individually
and in his official capacity,

*Defendants,*

Dan Wiley, Correctional Officer individually and in his official capacity,

*Defendant - Appellee,*

L. LaBon, Caseworker individually and in his official capacity; Mrs. Unknown
Turner, Property Room Officer individually and in her official capacity; Unknown
McCartney, Function Unit Manager individually and in his official capacity;
Unknown Yelton, Function Unit Manager individually and in his official capacity,

*Defendants,*

William Jones, Acting Warden, Northeast Correctional Center,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Hannibal

_____

Submitted: February 17, 2021
Filed: February 25, 2021
[Unpublished]
_____

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Lance Cole appeals a decision of the district court[1] granting summary judgment for the defendants in this action brought under 42 U.S.C. § 1983. On *de novo* review, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B. We deny the motion for leave to proceed *in forma pauperis* as unnecessary, and we deny the motion for appointment of counsel as moot.

_____

[1]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).